UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| JOSHUA DEAN CLAWSON | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:11-CV-99 |
| | ) | *Greer/Inman* |
| DR. DANIAL PAUL and SHERIFF | ) | |
| CHRIS W. MATHIS | ) | |

## MEMORANDUM & ORDER

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983. On July 13, 2011, the Court entered an order, directing the Clerk to send plaintiff two service packets and ordering him to complete and return the packets to the Court within twenty (20) days, (Doc. 5). Plaintiff was also forewarned that, if he failed to comply with the order in a timely fashion, his lawsuit would be dismissed. [*Id.*].

Nearly seven months have passed and plaintiff has failed to return the service packets or otherwise respond to the order.

Therefore, this case will be **DISMISSED** by a separate order for plaintiff's failure to prosecute and to comply with the orders of the Court. Fed. R. Civ. P. 41(b). Lastly, the Court **FINDS** that any appeal taken from this decision would not be taken in good faith, 28 U.S.C. § 1915(a)(3); thus, plaintiff will be **DENIED** leave to proceed *in forma pauperis* on appeal.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE